```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    VADER BURT
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  No. CR-S-07-0377 EJG
                                 )
13              Plaintiff,       )
                                 )  DEFENDANT'S WAIVER OF APPEARANCE
14       v.                      )
                                 )  Judge:   Hon. Edward J. Garcia
15  VADER BURT,                  )
                                 )
16              Defendant.       )
    _____)
17
18       Pursuant to Fed.R.Crim.P. 43, defendant, VADER BURT, hereby waives
19  the right to be present in person in open court upon the hearing of any
20  motion or other proceeding in this case, including, but not limited to,
21  when the case is set for trial, when a continuance is ordered, and when
22  any other action is taken by the Court before or after trial, except
23  upon arraignment, initial appearance, trial confirmation hearing, entry
24  of plea, and every stage of trial including verdict, impanelment of
25  jury and imposition of sentence.
26       Defendant hereby requests the Court to proceed during every
27  absence of his which the Court may permit pursuant to this waiver and
28  agrees that his interests will be deemed represented at all times by
```

1 the presence of his attorney, the same as if the defendant were
2 personally present.  Defendant further agrees to be present in Court
3 ready for trial any day and hour the Court may fix in his absence.
4     The defendant further acknowledges that he has been informed of
5 his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
6 and authorizes his attorney to set times and delays under that Act
7 without his personal presence.
8 Dated: September ___, 2007

10                                  /s/ Vader Burt
                                    VADER BURT
11                                  (Original retained by attorney)

13     I concur in Mr. Burt's decision to waive his presence at future
14 proceedings.

16 Dated:  September ___, 2007    Respectfully submitted,
17                                 DANIEL J. BRODERICK
                                   Federal Defender

20                                   /s/ Matthew C. Bockmon
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
21                                  Attorney for Defendant
                                    VADER BURT

23 IT IS SO ORDERED.
24 Dated: 10/01/2007
25                                  /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
26                                  United States District Judge

Waiver of Appearance/Burt              2