1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  VADER BURT

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,        )  NO. CR-S-07-0377 EJG
                                    )
12           Plaintiff,             )  STIPULATION AND ORDER CONTINUING
                                    )  STATUS CONFERENCE
13      v.                          )
                                    )
14 VADER BURT,                      )  Date:  May 16, 2008
                                    )  Time:  10:00 a.m.
15           Defendant.             )  Judge: Honorable Edward J. Garcia
                                    )
16 _____  )

17

18      It is hereby stipulated and agreed to between the United States of

19 America through Laurel White, Assistant United States Attorney, and

20 VADER BURT, by and through his counsel, Matthew C. Bockmon, Assistant

21 Federal Defender, that the status conference presently scheduled for

22 April 11, 2008, be vacated and rescheduled for status conference on

23 May 16, 2008, at 10:00 a.m.

24      This continuance is being requested because of on-going defense

25 investigation, preparation and for further plea negotiations.  Defense

26 counsel is also having defendant evaluated by an expert.

27      IT IS FURTHER STIPULATED that the period from April 11, 2008,

28 through and including May 16, 2008, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: April 10, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
VADER BURT

Dated: April 10, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
LAUREL WHITE
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  April 10, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge