1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700
5 |
Attorney for Defendant
6 | VADER BURT

7 |

8 |                IN THE UNITED STATES DISTRICT COURT

9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,     ) NO. CR-S-07-0377 EJG
                                  )
12 |              Plaintiff,      ) STIPULATION AND ORDER CONTINUING
                                  ) STATUS CONFERENCE
13 |      v.                      )
                                  )
14 | VADER BURT,                  ) Date:  August 8, 2008
                                  ) Time:  10:00 a.m.
15 |              Defendant.      ) Judge: Honorable Edward J. Garcia
                                  )
16 | _____ )

17 |

18 |      It is hereby stipulated and agreed to between the United States of

19 | America through Laurel White, Assistant United States Attorney, and

20 | VADER BURT, by and through his counsel, Matthew C. Bockmon, Assistant

21 | Federal Defender, that the status conference presently scheduled for

22 | July 18, 2008, be vacated and rescheduled for status conference on

23 | August 8, 2008, at 10:00 a.m.

24 |      This continuance is being requested because of on-going defense

25 | investigation and Defense counsel needs to meet with client.

26 |      IT IS FURTHER STIPULATED that the period from July 18, 2008,

27 | through and including August 8, 2008, be excluded in computing the time

28 | within which trial must commence under the Speedy Trial Act, pursuant

1   to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and

2   preparation of counsel.

3   Dated: July 15, 2008

                                     Respectfully submitted,

4

                                     DANIEL J. BRODERICK

5                                      Federal Defender

6                                      /s/ Matthew C. Bockmon

                                     _____

7                                      MATTHEW C. BOCKMON
                                     Assistant Federal Defender

8                                      Attorney for Defendant
                                     VADER BURT

9

10   Dated: July 15, 2008

11

                                     MCGREGOR W. SCOTT

12                                      United States Attorney

13                                      /s/ Matthew C. Bockmon for

                                     _____

14                                      LAUREL WHITE
                                     Assistant U.S. Attorney

15                                      per telephonic authority

16

17
                                 **O R D E R**

18

19   IT IS SO ORDERED.

20   Dated:  July 16, 2008

                                     /s/ Edward J. Garcia

21 _____       EDWARD J. GARCIA
                                     United States District Judge

22

23

24

25

26

27

28

Stip & Order                              2