```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VADER BURT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-0377 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| VADER BURT, | Date:  August 29, 2008<br>Time:  10:00 a.m. |
| Defendant. | Judge: Honorable Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through Laura Ferris, Assistant United States Attorney, and VADER BURT, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for August 8, 2008, be vacated and rescheduled for status conference on August 29, 2008, at 10:00 a.m.

This continuance is being requested due to the unavailability of counsel for defendant.

IT IS FURTHER STIPULATED that the period from August 8, 2008, through and including August 29, 2008, be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: August 4, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
VADER BURT

Dated: August 4, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
LAURA FERRIS
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  August 4,2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge