**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*     (916) 498-5700  Fax: (916) 498-5710     *Linda C. Harter*
*Federal Defender*     *Chief Assistant Defender*

# M E M O R A N D U M & ORDER THEREON

DATE:      January 8, 2009

TO:        Colleen Lydon, Courtroom Clerk to
           Honorable Edward J. Garcia

FROM:      Debra Lancaster, on behalf of
           Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:   United States v.Vader Burt
           CR-S-07-377 EJG

---

Please continue the Judgment and Sentencing, presently scheduled for January 9, 2009, to **Friday,  January 23, 2009 at 10:00 a.m.**  Assistant United States Attorney Laura L. Ferris, and United States Probation Officer Linda Dillon have no objection to the new scheduled date.

If you have any questions concerning the above, please feel free to contact me.

IT IS SO ORDERED.

DATED: January 8, 2009          /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Court Judge

MB:dl
cc:   Laura L. Ferris, AUSA (ECF)
      Linda Dillon, USPO
      Vader Burt